79 F.3d 1150
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Ramachandran SEETHARAMAN, Plaintiff-Appellant,
v.
COMMONWEALTH EDISON COMPANY, Defendant-Appellee.
 No. 95-2930.
 United States Court of Appeals, Seventh Circuit.
 Argued Feb. 28, 1996.
Decided March 5, 1996.
 
 Before COFFEY, EASTERBROOK and KANNE, Circuit Judges.
 
 Order
 
 1
 For the reasons given by the district court, the judgment is
 
 
 2
 AFFIRMED.